UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Clifford Louis Cooper
      Tammy Kay Cooper            :            Case # 03-66163

                                        :            Chapter 13

                                        :            Judge Hoffman

## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 8, 2009                          /s/ Frank M. Pees_____
                                                                     Frank M. Pees
                                                                     Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| COSHOCTON COUNTY MEMORIAL HOSPITAL<br>PROFESSIONAL COLLECTORS & BILLING SERV<br>PO BOX 1284<br>PARKERSBURG WV 26102 | $1.76 |