UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Clifford Louis Cooper
     Tammy Kay Cooper       :       Case #  03-66163

                              :       Chapter 13

                              :       Judge Hoffman

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 8, 2009                     /s/ Frank M. Pees_____
                                                      Frank M. Pees
                                                      Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| COSHOCTON COUNTY MEMORIAL HOSPITAL<br>PROFFESSIONAL COLLECTORS & BILLING SERV<br>PO BOX 1284<br>PARKERSBURG WV 26102 | $1.71 |